**Olee Wonzo ROBINSON, Petitioner— Appellant,**

v.

**Mary M. MITCHELL, Warden FCI Edgefield, Respondent— Appellee.**

No. 11–6531.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Olee Wonzo Robinson, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olee Wonzo Robinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Robinson v. Mitchell,* No. 3:10–cv–02289–SB, 2011 WL 1335717 (D.S.C. Apr. 7, 2011). We grant Robinson's motion to strike his initial informal brief and deny his motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*